AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ballinger, Jr., Eddward P. | 2. Court or Organization<br><br>Bankruptcy Court - Arizona | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

230 N. 1st Avenue
Phoenix, AZ, 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Arizona Elected Officials Retirement Plan | $96,180.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed (jewelry designer) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. Meryll Lynch Asset Mang. Bank Account (cash) | C | Interest | L | T | | | | | |
| 3. SCHWAB BANK DEPOSIT ACCTS (cash) | A | Interest | N | T | Open | 07/30/18 | O | | |
| 4. DFA FIVE YEAR GLBL FIXED INC PORT I (DFGBX) | C | Dividend | L | T | Buy | 08/14/18 | L | | |
| 5. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 6. DFA SHORT TERM GOVT PORT I (DFFGX) | A | Dividend | | | Buy | 08/14/18 | J | | |
| 7. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 8. | | | | | Sold | 12/18/18 | K | | |
| 9. VANGUARD INTERM TERM TAX EX A (VWIUX) | A | Dividend | L | T | Buy | 08/14/18 | L | | |
| 10. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 11. VANGUARD LTD TERM TAX EX A (VMLUX) | A | Dividend | L | T | Buy | 08/14/18 | L | | |
| 12. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 13. VANGUARD SHORT TERM TAX EX A (VWSUX) | A | Dividend | L | T | Buy | 08/14/18 | L | | |
| 14. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 15. DFA EMERGING MKTS CORE EQ PORT I (DFCEX) | A | Dividend | K | T | Buy | 08/14/18 | K | | |
| 16. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 17. DFA GLOBAL REAL ESTATE SEC PORT (DFGEX) | B | Dividend | K | T | Buy | 08/14/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 19. DFA INTL SMALL CAP VALUE PORT I (DISVX) | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 20. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 21. DFA INTL SMALL CO PORT I (DFISX) | B | Dividend | | | Buy | 08/14/18 | K | | |
| 22. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 23. | | | | | Sold | 12/19/18 | K | | |
| 24. DFA LARGE CAP INTL PORT I (DFALX) | A | Dividend | | | Buy | 08/14/18 | K | | |
| 25. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 26. | | | | | Sold | 12/19/18 | K | | |
| 27. DFA TAX MANAGED INTL VAL PORT (DTMIX) | A | Dividend | K | T | Buy | 08/14/18 | J | | |
| 28. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 29. DFA TAX MANAGED US MARKET VAL PORT (DTMMX) | B | Dividend | K | T | Buy | 08/14/18 | K | | |
| 30. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 31. DFA TAX MGD US TARGETED VAL PORT I (DTMVX) | | None | K | T | Buy | 12/19/18 | K | | |
| 32. DFA TAX-MNG US EQUITY PORT (DTMEX) | A | Dividend | | | Buy | 08/14/18 | L | | |
| 33. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 34. | | | | | Sold | 12/19/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA TAX-MNG US SMLCAP PORT (DFTSX) | B | Dividend | | | Buy | 08/14/18 | K | | |
| 36. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 37. | | | | | Sold | 12/19/18 | K | | |
| 38. DFA US LARGE CO PORT (DFUSX) | | None | L | T | Buy | 12/19/18 | L | | |
| 39. DFA US SMALL CAP VALUE PORT I (DFSVX) | B | Dividend | | | Buy | 08/14/18 | J | | |
| 40. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 41. | | | | | Sold | 12/19/18 | K | | |
| 42. DFA US SMALL CAP PORT (DFSTX) | | None | K | T | Buy | 12/19/18 | K | | |
| 43. VANGUARD DEVELOPED MKTS INDEX ADM (VTMGX) | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 44. VANGUARD FTSE ALL WORLD EX US SM CAP INDEX FD I (VFSVX) | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 45. IRA #1 (H) | | | | | | | | | |
| 46. Schwab Bank Deposit Account (cash) (X) | A | Interest | K | T | | | | | |
| 47. DFA Short Term Govt Port I (DFFGX) | A | Dividend | | | Buy | 08/15/18 | K | | |
| 48. | | | | | Sold | 12/18/18 | K | | |
| 49. IShares TR Core MSCI EAF (IEFA) | A | Dividend | | | Sold | 08/14/18 | J | | |
| 50. IShares Russell 1000 Growth (IWF) | A | Dividend | | | Sold | 08/14/18 | J | A | |
| 51. IShares Russell 1000 Value (IWD) | A | Dividend | | | Sold | 08/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares US Treasury Bond (GOVT) | A | Dividend | | | Sold | 08/14/18 | J | | |
| 53. Vanguard Intermediate Term (VCIT) | A | Dividend | | | Sold | 08/14/18 | J | | |
| 54. TCW Total Return Bond (TGLMX) | A | Dividend | | | Sold | 08/14/18 | J | | |
| 55. Blackrock Equity Dividend Fund Instl (MADVX) | A | Dividend | | | Sold | 08/14/18 | J | A | |
| 56. Glenmede Small Cap (GTSCX) | A | Dividend | | | Sold | 08/14/18 | J | A | |
| 57. MFS Value Fd Cl I (MEIIX) | A | Dividend | | | Sold | 08/14/18 | J | A | |
| 58. The Oakmark Int'l Fund (OAKIX) | | None | | | Sold | 08/14/18 | J | A | |
| 59. Oppenheimer International Growth Fund Cl Y (OIGYX) | | None | | | Sold | 08/14/18 | J | A | |
| 60. BROKERAGE #1 (H) | | | | | | | | | |
| 61. SCHWAB BANK DEPOSIT ACCT (cash) (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballinger, Jr., Eddward P. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eddward P. Ballinger, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544